# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

January 17, 2023

*By ECF and Email*

The Honorable Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312
*By email to:* MosesCriminalDuty@nysd.uscourts.gov

**Re:** ***United States v. Tavaughn Oddman*, 22-mj-1052 (UA) – Request to Temporarily Modify Conditions of Bail**

Dear Judge Moses:

      I represent Tavaughn Oddman in the above-referenced case. I am writing to request a temporary modification of the conditions of Mr. Oddman's bail to permit him to travel out of this District to Las Vegas, NV, where he and his fiancée will get married and enjoy a brief honeymoon. Both the government and Pretrial Services consent to this request.

      Mr. Oddman has not been indicted, and his case is not assigned to a district judge. In March 2022, Mr. Oddman was released on bail with conditions including home detention at his residence in Brooklyn, NY. He has been fully compliant with the conditions of his bail. The condition of home detention enforced by electronic monitoring was removed on August 9, 2022. Mr. Oddman has maintained employment since August 2022.

      Mr. Oddman wishes to travel to Las Vegas, NV on February 1, 2023 and return on February 5, 2023. The details of his itinerary have been provided to Pretrial Services.

      Thank you for your attention to this matter.

Respectfully submitted,

Zachary S. Taylor

cc:    Rushmi Bhaskaran, Esq.
           Assistant United States Attorney (*by ECF*)
      Francesca Tessier-Miller,
           U.S. Pretrial Services Officer (*by e-mail*)

SO ORDERED.

Barbara Moses
United States Magistrate Judge
January 17, 2023